UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSANNA SHAW,

    Plaintiff,

    v.

SAN FRANCISCO CITY AND COUNTY, et al.,

    Defendants.

Case No. 14-cv-00094-JST

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

Re: ECF No. 5

This action for "conspiracy to falsify evidence, destruction of records, and harassment" was reassigned to this court from Magistrate Judge Westmore on June 5, 2014. ECF No. 9. Prior to the reassignment, Judge Westmore issued an order to show cause why this action should not be dismissed for failure to prosecute on the ground that Plaintiff Shaw failed to comply with Rule 4(m)'s requirement to serve defendants within 120 days of the filing of the complaint. ECF No. 5. The deadline for responding to the order to show cause was June 11, 2014. As of the date of this order, Shaw has not filed a response. Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk shall terminate the action.

**IT IS SO ORDERED.**

Dated: June 13, 2014

_____
JON S. TIGAR
United States District Judge